■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. MAYE, Appellant. [700 NYS2d 885] —Judgment

unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.